Opinion issued May 20, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00058-CV

———————————

**MARGARET JANE HINTZ, ZAMEROOL AHMEEN, DR. CHERYL CARR, DR. CHERYL CARR LLC, ROSA ARENAS, RICO WILSON, NOTARY 2020, LLC, MARILYN COLLINS, AND DARREN BAILEY,** Appellants

**V.**

**TENASKA, INC., Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-09050**

---

## MEMORANDUM OPINION

Appellants, Margaret Jane Hintz, Zamerool Ahmeen, Dr. Cheryl Carr, Dr. Cheryl Carr LLC, Rosa Arenas, Rico Wilson, Notary 2020, LLC, Marilyn Collins, and Darren Bailey, filed a notice of appeal from the trial court's January 8, 2025

"Order Denying Class Certification" in Pre-Trial MDL Case No. 5.00242, *In re Winter Storm Uri*. On April 29, 2025, appellants filed an "Unopposed Motion to Dismiss Appeal." In their motion, appellants requested that the Court dismiss the appeal. *See* TEX. R. APP. P. 42.1(a) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellants' motion includes a certificate of conference stating that appellee, Tenaska, Inc., is unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court grants appellants' motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.